# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                CASE NO: <u>14-40032-JAR</u>

ROBERT ZHANTON LEWIS,

      Defendant.

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

21 U.S.C. § 841(a)(1)
(Possession With The Intent To Distribute Methamphetamine)

That on or about March 21, 2014, in the District of Kansas, the defendant,

ROBERT ZHANTON LEWIS,

1

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(C).

Dated:  Topeka, Kansas
        April 8, 2014

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

By:     /s/ *Jared S. Maag*

JARED S. MAAG, Ks. Bar. No. 17222
Assistant United States Attorney
Chief, Criminal Division
290 Carlson Federal Building
444 S.E. Quincy
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov